UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| GERALD GEORGE, CATHY DUNN, JEANETTE BURGHY, TIMOTHY STREFF, and ANDREW SWANSON, individually and as representatives of a class of similarly situated persons, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 06-798-DRH |
| v. | ) ) | |
| KRAFT FOODS GLOBAL, INC., KRAFT FOODS GLOBAL, INC. ADMINISTRATIVE COMMITTEE, BENEFITS INVESTMENT COMMITTEE, and JIM DOLLIVE, KAREN MAY, MARC FIRESTONE, and PAMELA KING, all in their capacities as members of the Benefits Investment Committee, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendants, KRAFT FOODS GLOBAL, INC., KRAFT FOODS GLOBAL, INC., ADMINISTRATIVE COMMITTEE, BENEFITS INVESTMENT COMMITTEE, JIM DOLLIVE, KAREN MAY, MARC FIRESTONE and PAMELA KING, by and through their attorneys hereby move for a thirty (30) day extension of time within which to answer or otherwise plead to plaintiffs' complaint. In support of their motion, Defendants state as follows:

1. Certain Defendants were served with the complaint on October 18, 2006.

2. The complaint contains 119 separate paragraphs as well as class allegations. Defendants thus require additional time to investigate the allegations of complaint and respond appropriately.

3.    On November 2, 2006, plaintiffs' counsel Elizabeth Hubertz, in a telephone conversation with defendants' counsel Ian H. Morrison, verbally agreed not to oppose an extension of time until December 8, 2006, within which to answer or otherwise respond to plaintiffs' Complaint on behalf of all defendants.

**WHEREFORE**, defendants KRAFT FOODS GLOBAL, INC., KRAFT FOODS GLOBAL, INC., ADMINISTRATIVE COMMITTEE, BENEFITS INVESTMENT COMMITTEE, JIM DOLLIVE, KAREN MAY, MARC FIRESTONE and PAMELA KING respectfully requests that this Court grant them until December 8, 2006, to answer or otherwise respond to plaintiffs' complaint.

**DATED: November 3, 2006.**

Respectfully submitted,

KRAFT FOODS GLOBAL, INC., KRAFT FOODS GLOBAL, INC. ADMINISTRATIVE COMMITTEE, BENEFITS INVESTMENT COMMITTEE, JIM DOLLIVE, KAREN MAY, MARC FIRESTONE and PAMELA KING

By    */s/ Larry E. Hepler*
        One of Their Attorneys

Larry E. Hepler, #01195603
Beth A. Bauer, #06274533
BURROUGHS HEPLER BROOM
MACDONALD HEBRANK & TRUE LLP
103 W. Vandalia Street, Suite 300
Edwardsville, IL 62025-1935
(618) 656-0184 (telephone)
(618) 656-1364 (facsimile)

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that he caused a copy of the foregoing DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD to be served on plaintiffs' counsel pursuant to the provisions of the electronic filing system of the Court, on this 3rd day of November 2006:

Elizabeth J. Hubertz   ehubertz@uselaws.com
Jerome J. Schlichter   jschlichter@uselaws.com

/s/ Larry E. Hepler
Larry E. Hepler