IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**GERALD GEORGE, et al.,**
**Individually and as representatives**
**of a class of similarly situated persons,**

**Plaintiffs,**

**v.**

**KRAFT FOODS GLOBAL, INC.**
**ADMINISTRATIVE COMMITTEE,**
**et al.,**

**Defendants.**                                              No. 06-0798-DRH

## ORDER

**HERNDON, District Judge:**

Pending before the Court is Defendants' unopposed motion for extension of time to file answer or otherwise plead (Doc. 5).  Said motion is **GRANTED**.  The Court **ALLOWS** Defendants up to and including December 8, 2006 to file answers or otherwise plead.

**IT IS SO ORDERED.**

Signed this 6th day of November, 2006.

/s/        David    RHerndon
**United States District Judge**