IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GERALD GEORGE, CATHY DUNN, JEANETTE BURGHY, TIMOTHY STREFF, and ANDREW SWANSON, individually and as representatives of a class of similarly situated persons, <br><br> Plaintiffs, <br><br> vs. <br><br> KRAFT FOODS GLOBAL, INC., KRAFT FOODS GLOBAL, INC. ADMINISTRATIVE COMMITTEE, BENEFITS INVESTMENT COMMITTEE, and JIM DOLLIVE, KAREN MAY, MARC FIRESTONE and PAMELA KING, all in their capacities as members of the Benefits Investment Committee, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CASE NO. 06-798-DRH-PMF |

**ORDER REGARDING DISCOVERY**

Discovery disputes which cannot be resolved through informal means pursuant to Federal Rule of Civil Procedure 37 shall be handled in the following manner. The party seeking the discovery shall be responsible for arranging for a prompt telephone conference with the Court and opposing counsel, by first contacting Karen Metheney, Judge Frazier's courtroom deputy, at 618-439-7754. If written discovery is involved, the disputed portion(s) shall be faxed to the Court prior to the telephone conference. Motions to Compel discovery and/or for appropriate sanctions shall be presented orally at the telephone conference. Written motions to compel or legal memoranda will not be accepted unless specifically requested by the Court. Expense of the call will be borne by the non-prevailing party.

**DATED: March 2, 2007.**

*s/ Philip M. Frazier*
HON. PHILIP M. FRAZIER
UNITED STATES MAGISTRATE JUDGE